BRITT et al v. HAMILTON & CO.

APPEAL FROM LITTLE RIVER COUNTY.

Hon. E. J. Searle, *Circuit Judge.*

*Garland & Nash,* for Appellants.
*Gallagher, Newton & Hempstead,* for Appellees.

Harrington, *Special J.*—This case was appealed, in the court below, on the 12th day of February, 1869, but the appellants have never perfected their appeal by filing a copy of the record in this court.

The appellees now file a transcript of the proceedings in the case, and ask that it be dismissed.

The appeal is dismissed.

Searle, J., did not sit in this case, being disqualified.

Hon. S. R. Harrington, *Special J.*